1068

No. 88–1575.   ADAMS, FKA KOZA v. NEVADA.   Sup. Ct. Nev. Certiorari denied.

No. 88–1576.   CAMBRIDGE WIRE CLOTH CO. v. LAITRAM CORP. ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 88–1578.   BOISE INDEPENDENT SCHOOL DISTRICT #1 v. THORNOCK, BY HIS NEXT FRIEND AND MOTHER, BAUGH, ET AL. Sup. Ct. Idaho.   Certiorari denied.

No. 88–1579.   ROSS v. SOUTH CAROLINA.   Sup. Ct. S. C.   Certiorari denied.

No. 88–1583.   SINGER, ADMINISTRATOR OF THE ESTATE OF SINGER, ET AL. v. GENERAL MOTORS CORP. ET AL.   Super. Ct. Pa.   Certiorari denied.

No. 88–1587.   MAGBY v. WAWRZASZEK ET AL.   C. A. 9th Cir. Certiorari denied.

No. 88–1596.   CHENNAREDDY v. GENERAL ACCOUNTING OFFICE.   C. A. D. C. Cir.   Certiorari denied.

No. 88–1617.   HULETT v. DEPARTMENT OF THE NAVY.   C. A. 7th Cir.   Certiorari denied.

No. 88–1630.   NORTH AMERICAN PHILIPS CORP. ET AL. v. WINDMERE CORP.   C. A. Fed. Cir.   Certiorari denied.

No. 88–1656.   298.25 ACRES OF LAND, MORE OR LESS, SITUATE IN WAYNE COUNTY, WEST VIRGINIA, ET AL. v. UNITED STATES ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 88–1663.   HIMMELWRIGHT v. FAUVER, COMMISSIONER, NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–1679.   WAS ET AL. v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 88–6090.   JONES v. NEFF ET AL.   C. A. 6th Cir.   Certiorari denied.